Lewis Jubran (DC Bar no. 1028219)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAKARIOUS LAHAM, MAIS; ASCHI, LOUIE;<br><br>1149 Wellington Circle<br>Laurys Station, PA 18059<br><br>Plaintiffs,<br><br>vs.<br><br>**United States Department of Homeland Security; United States Citizenship and Immigration Services; Newark Asylum Office; Susan Raufer,** Director of the Newark Asylum Office; **Alejandro Mayorkas**, Secretary, Department of Homeland Security; **Tracy Renaud**, Acting Director, U.S. Citizenship and Immigration Services; **Jennifer Higgins,** Associate Director of Refugee, Asylum, and International Operations; **Matthew D. Emrich,** Associate Director of USCIS Fraud Detection and National Security Directorate,<br><br>Office of General Counsel<br>U.S. Department of Homeland Security 2707 Martin Luther King Jr. Ave SE<br>Washington, DC 20528-0485 | Case No.:<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |

**Christopher A. Wray,** Director of Federal Bureau of Investigations

Attorney General, US Department of Justice, 950 Pennsylvania Ave, NW Washington DC 20530-0001

Defendants.

## INTRODUCTION

1. This action is brought by Plaintiffs Mais Makarious Laham and Louie Aschi by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to schedule her asylum interview in connection with the Application for Asylum and for Withholding of Removal which was received and pending as of February 28, 2017 and which has still has not been scheduled for an interview. (**Exhibit A – Acknowledgement of Receipt and 1-589 Application for Asylum and Withholding of Removal**).

2. On March 10, 2017, Defendant USCIS sent to Plaintiffs a notice informing them that they had to appear at the USCIS office in Philadelphia between March 20, 2017 and April 3, 2017 for the collection of their bio-metric identification. (**Exhibit B - I-797 Notice of Action**). Plaintiffs timely appeared at the designated location and provided their bio-metric identification.

3. Plaintiff Mais Makarious Laham included a detailed Declaration with the I-589 Application for Asylum and Withholding of Removal. The Declaration revealed that she has a well-founded fear of persecution based on her Christian religion and that the Syrian government

would take no steps to protect her from that persecution by extremist groups. (**Exhibit C-Declaration of Mais Makarious Laham**).

4. In her Declaration, Plaintiff described how as graduate student at Damascus University between 2009 and 2012 she was affected by the Syrian Civil War. She described how many of her colleagues and professors were threatened and killed by extremist terrorists because they were involved in higher education, which is anathema to fundamentalist, extremist groups. She described that on many occasions as she traveled from home to her work and school she would observe dead bodies by the side of the road, victims of the internecine conflict that was ravaging the country. She described how these groups targeted Christians for death when they were stopped travelling at checkpoints.

5. Plaintiff described how she was able to travel to Qatar with her new husband and temporarily stay there. She described that her own family had all left Syria and escaped to Germany as refugees. Plaintiff described that while she and her husband were in Qatar, her husband's home and property was seized by extremist groups and they no longer have a home to return to in Syria.

6. Plaintiff described in her Declaration that she had left Qatar with her husband and come to the United States where she had given birth to her son. She described the fact that her son was born in America would cause her severe persecution if she returned to Syria because both the government and extremists view the United States as an enemy.

7. Plaintiff Louie Aschi, the spouse of Plaintiff Mais Makarious Laham, wrote a statement wherein he described how the prolonged wait for their asylum application to be scheduled for an

interview has affected both of their lives. He related in his statement how both he and his spouse are constantly worried over the status of their pending application and fearful that their work authorizations will not be renewed or delayed which might cause him to lose his opportunity to work and to support his family. He related how both he and his spouse are unable to plan for their future because of the uncertainty with the asylum application and that constant anxiety seeps into all aspects of their lives. He related how his father's death affected him in that he was unable to support his family in any way. **(Exhibit D-Statement of Louie Aschi/Death Certificate and Translation)**.

8. Plaintiffs has not yet been interviewed at the Newark Asylum Office.

9. Multiple inquiries to Newark Asylum Office and attempts to expedite the interview based on have proved unsuccessful. **(Exhibit E – Copies of E-Mail Correspondence and Responses)**

10. Defendants have violated the Administrative Procedures Act ("APA") by failing to process and adjudicate Plaintiffs' asylum application which has been pending now for over year. Plaintiff seeks to compel Defendants, through a writ of mandamus, to schedule an asylum interview so that he can be granted asylum and thereby reunite with his family in the United States.

## PARTIES

11. Plaintiff, MAIS MAKARIOUS LAHAM and LOUIE ASCHI, filed for asylum with the Newark Asylum Office on February 28, 2017. Plaintiffs are both Syrian citizens who reside in Laurys Station, Pennsylvania.

12. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and the Newark Asylum Office, and officers named as defendants in this complaint.

13. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing the Newark Asylum Office and officers named as defendants in this Complaint.

14. Defendant NEWARK ASYLUM OFFICE (hereinafter "Houston Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiffs' asylum application.

15. Defendant SUSAN RAUFER (hereinafter "Director Raufer") is the director of the Newark Asylum office.  This suit is brought against Director Raufer in her official capacity, as she is charged overseeing the adjudication of the asylum applications at the Newark Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.   .

16. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security.  This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

17. Defendant TRACY RENAUD (hereinafter "Acting Director Renaud") is the Acting Director of USCIS, the Agency charged with adjudicating Plaintiffs' asylum application. This suit is brought against Acting Director Renaud in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States

18. Defendant JENNIFER HIGGINS (hereinafter "Associate Director Higgins") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Higgins in her official capacity, as she is charged with supervision over all asylum offices, including the Newark Asylum Office, and requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiffs' case be forwarded to her office for its review.

19. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

20. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official

capacity, as he is responsible for overseeing the background checks involved with immigration matters.

**JURISDICTION**

21. The Administrative Procedure Act ("APA") recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiffs suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending asylum application for indefinite periods of time. The Defendants have a duty under 8 U.S.C. § 1158(d)(5)(A)(iii).

22. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, … no balancing of factors is required or permitted.")

23. This Court has jurisdiction over the present action pursuant to 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. § 1651, 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

**VENUE**

24. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency

thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which the defendant in the action resides. Because the Defendants are in the District of Columbia, including the United States Department of Homeland Security and its employees, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

25. Plaintiffs have no administrative remedies. Plaintiffs have made many inquiries to the Newark Asylum Office to determine the status of their Asylum application, to no avail. There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

26. Pursuant to 8 U.S.C. §1158, Plaintiffs Mais Makarious Laham and Louie Aschi filed their asylum application to the Newark Asylum Office on February 28, 2017.

27. Plaintiff Mais Makarious Laham included a Declaration with her asylum application that described her well-founded fear of persecution in Syrian because she is a Christian and her child was born in the United States.

28. Plaintiffs were instructed to appear for collection of their bio-metrics at the USCIS office in Philadelphia, Pennsylvania between March 20, 2017 and April 3, 2017. (**Exhibit B- I-797 Notice of Action**).

29. Plaintiffs timely presented for their biometrics appointment. Since that date, no interview(s) has been scheduled and no decision has been made. Plaintiffs have a statutory right to apply for asylum, and to be considered for relief under 8 U.S.C. § 1158(a).

30. Plaintiffs have made multiple requests with the Newark Asylum office to have their interview scheduled on an expedited basis but were denied.

31. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii). It has been over four years since Plaintiffs applied for Asylum and they have not yet received an appointment to be interviewed.

32. Plaintiffs have no adequate remedy at law, and will suffer irreparable harm if their asylum application is not promptly adjudicated.

33. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

34. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

35. Plaintiffs' claim in this action is clear and certain. Plaintiffs realleges paragraphs 1 through 33, and, as if fully set forth, Plaintiffs are entitled to an order in the nature of mandamus to compel Defendants to complete background checks and schedule an interview in connection with their application for asylum

36. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

a. Plaintiffs have been irreparably damaged from the fear of not knowing what will happen with their asylum case for the past four years. They have been constantly hoping for an interview appointment to their application for asylum, so they would not have to worry

about their family's future. Because of the long wait and uncertainty, they are enduring

significant psychological damage.

b.  Plaintiffs are unable to travel outside the United States to visit their family members.

c.  The delay is causing irreparable harm to Plaintiffs who are not able to continue with their

lives in the United States without fear of returning to Syria, a country where they will

more likely than not be persecuted, tortured, or killed.

37. The Defendants, in violation of the Administrative Procedures Act, are unlawfully

withholding or unreasonably delaying action on Plaintiffs' application, and have failed to carry

out the non-discretionary adjudicative functions delegated to them by law with regard to

Plaintiff's case.

38. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as

to be free from doubt that mandamus is appropriate.

39. Defendants' delay, actions, and omissions in this case are unreasonable. No other

adequate remedy is available. Plaintiffs have been greatly damaged by the failure of Defendants

to act in accord with their duties under the law.

40. Plaintiffs have made numerous attempts to ascertain when they will be called for an

interview and have their case adjudicated, all to no avail. Only asylum officers are able to make

decisions on the grant or denial, leaving no adequate remedy. Accordingly, Plaintiffs have been

forced to pursue the instant action.

**PRAYER**

41. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

a. Accept jurisdiction and maintain continuing jurisdiction of this action;

b. Declare as unlawful the violation by Defendants of failing to act on a properly filed asylum applications;

c. Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d. Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiffs' application, to notify them when they will be scheduled to appear for an interview(s);

e. Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361, 28 U.S.C. § 1651, and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiffs' application by either approving or refusing said applications, and if the applications are refused, that the decisions include justification to preclude the sense of retaliation for having brought this lawsuit or having exposed the Defendants' neglect;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such other relief at law and in equity as justice may require.

Dated this 24th of February, 2021          Respectfully Submitted,

/s/ Lewis Jubran
Lewis Jubran, Esq.
Counsel for Plaintiffs

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 12

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS**

**MAKARIOUS LAHAM vs. U.S. DEPARTMENT OF HOMELAND SECURITY, et al.**

| Exhibit | | Page |
|---|---|---|
| A | Acknowledgement of Receipt and I-589 Application for Asylum and Withholding of Removal | 1-14 |
| B | I-797 Notice of Action (Fingerprint Notification) | 15-16 |
| C | Declaration of Mais Makarious Laham | 17-19 |
| D | Statement of Louie Aschi/Death Certificate and Translation | 20-24 |
| E | E-Mail Request and Reply | 25-27 |

**EXHIBIT A**

FROM

US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
1200 WALL ST WEST
FOURTH FLOOR
LYNDHURST, NJ 07071

NAME: MAIS MAKARIOUS LAHAM
A-NUMBER: 212938849 RCPT#: ZNK1700041530
DATE: 3/09/17
FORM: I-589

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 asylum application was received and is pending as of 2/28/17. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the above address. You will receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Bring to the interview 3 copies of documentary evidence of your relationship to those family members.

TO

AKRAM ABUSHARAR
C/O ABUSHARAR AND ASSOCIATES
501 N BROOKHURST ST STE 202

ANAHEIM, CA 92801

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**U.S. Department of Justice**
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.**

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture. [X]

## Part A.I. Information About You

**1.** Alien Registration Number(s) (A-Number) *(if any)*:

**2.** U.S. Social Security Number *(if any)*:

**3.** Complete Last Name: MAKARIOUS LAHAM

**4.** First Name: MAIS

**5.** Middle Name:

**6.** What other names have you used *(include maiden name and aliases)?* NONE

**7.** Residence in the U.S. *(where you physically reside)*

| Street Number and Name | | | Apt. Number |
|---|---|---|---|
| 1149 WELLINGTON CIRCLE | | | |
| City | State | Zip Code | Telephone Number |
| LAURYS STATION | PA | 18059 | (610 ) 390-1138 |

**8.** Mailing Address in the U.S. *(if different than the address in Item Number 7)*

| In Care Of *(if applicable)*: | | Telephone Number |
|---|---|---|
| SAME AS ABOVE | | ( ) |
| Street Number and Name | | Apt. Number |
| | | |
| City | State | Zip Code |
| | | |

**9.** Gender: [ ] Male [X] Female

**10.** Marital Status: [ ] Single [X] Married [ ] Divorced [ ] Widowed

**11.** Date of Birth *(mm/dd/yyyy)*: 01/01/1987

**12.** City and Country of Birth: DAMASCUS COUNTRYSIDE, SYRIA

**13.** Present Nationality *(Citizenship)*: SYRIA

**14.** Nationality at Birth: SYRIA

**15.** Race, Ethnic, or Tribal Group: MIDDLE EASTERN

**16.** Religion: CHRISTIAN

**17.** *Check the box, a through c, that applies:* **a.** [X] I have never been in Immigration Court proceedings.
**b.** [ ] I am now in Immigration Court proceedings. **c.** [ ] I am **not** now in Immigration Court proceedings, but I have been in the past.

**18.** *Complete 18 a through c.*

**a.** When did you last leave your country? *(mmm/dd/yyyy)* 09/17/2016 **b.** What is your current I-94 Number, if any?

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| 12/17/2016 | PHI | B2 | 06/16/2017 |
| 09/04/2015 | NYC | B2 | |
| 09/26/2014 | NYC | B2 | |

**19.** What country issued your last passport or travel document? SYRIA

**20.** Passport Number: N008735357
Travel Document Number:

**21.** Expiration Date *(mm/dd/yyyy)*: 01/27/2020

**22.** What is your native language *(include dialect, if applicable)?* ARABIC

**23.** Are you fluent in English? [ ] Yes [X] No

**24.** What other languages do you speak fluently? NONE

| For EOIR use only. | For USCIS use only. | **Action:** Interview Date: ____ Asylum Officer ID#: ____ | **Decision:** Approval Date: ____ Denial Date: ____ Referral Date: ____ |
|---|---|---|---|

## Part A.II. Information About Your Spouse and Children

**Your spouse** ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| | N006361603 | 09/28/1983 | NONE |
| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Maiden Name |
| ASCHI | LOUIE | | |
| **9.** Date of Marriage *(mm/dd/yyyy)* | **10.** Place of Marriage | **11.** City and Country of Birth | |
| 09/02/2012 | DAMASCUS, SYRIA | DAMASCUS, SYRIA | |
| **12.** Nationality *(Citizenship)* | **13.** Race, Ethnic, or Tribal Group | **14.** Gender | |
| SYRIA | MIDDLE EASTERN | ☒ Male ☐ Female | |

**15.** Is this person in the U.S.?
☒ Yes *(Complete Blocks 16 to 24.)* ☐ No *(Specify location):*

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| PHI | 12/17/2016 | 17493637485 | B2 |
| **20.** What is your spouse's current status? | **21.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **22.** Is your spouse in Immigration Court proceedings? | **23.** If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |
| B2 | 06/16/2017 | ☐ Yes ☒ No | 10/09/2015 |

**24.** If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III., **Information about your background.**)*

☒ I have children. Total number of children: 1

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| NONE | N/A | SINGLE | 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 |
| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)* |
| ASCHI | LIAM | JOSEPH | 10/16/2015 |
| **9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender |
| BROOKLYN, NEW YORK, USA | US CITIZEN | WHITE | ☒ Male ☐ Female |

**13.** Is this child in the U.S. ? ☒ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| PHI | 12/17/2016 | NONE | USC |
| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **20.** Is your child in Immigration Court proceedings? | |
| USC | | ☐ Yes ☒ No | |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☒ No

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |
| 13. Is this child in the U.S. ? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location): | | | |
| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |
| 21. If in the U.S., is this child to be included in this application? (Check the appropriate box.) ☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.) ☐ No | | | |

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |
| 13. Is this child in the U.S. ? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location): | | | |
| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |
| 21. If in the U.S., is this child to be included in this application? (Check the appropriate box.) ☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.) ☐ No | | | |

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |
| 13. Is this child in the U.S. ? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location): | | | |
| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |
| 21. If in the U.S., is this child to be included in this application? (Check the appropriate box.) ☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.) ☐ No | | | |

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| AbdlAziz-YasmenST-B25 | DOHA | | QATAR | 09/12 | 12/16 |
| Qusor SQ-Khatib Ave | DAMASCUS | | SYRIA | 05/12 | 09/12 |

2. Provide the following information about your residences during the past 5 years. List your present address first.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 1149 WELLINGTON CIRCLE | LAURYS STATION | PA 18059 | US | 12/16 | |
| AbdlAziz-YasmenST-B25 | DOHA | | QATAR | 09/12 | 12/16 |
| Qusor SQ-Khatib Ave | DAMASCUS | | SYRIA | 05/12 | 09/12 |
| St.Paul church,Laham B | Darayya | DAMASCUS COUNTRYSIDE | SYRIA | 01/87 | 05/12 |
| | | | | | |

3. Provide the following information about your education, beginning with the most recent.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Master Degree in Pharmacy | Faculty of Pharmacy | Damascus University | 09/09 | 08/12 |
| Bachelor degree in Pharmacy | Faculty of Pharmacy | Damascus University | 09/04 | 08/09 |
| ASSEYYA PRIVATE | Middle & High School | DAMASCUS - Bab Touma | 09/98 | 06/04 |
| AHLIYA PRIVATE | Elementary School | Darayya - St.Takla Church | 09/92 | 06/98 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Sanofi Aventis - Doha - Qatar | Medical Representation | 08/13 | 12/16 |
| Faculty of Pharmacy - Damascus University | Teaching Assistant | 09/09 | 07/12 |
| International University of Science and Technology | Teaching Assistant | 03/12 | 07/12 |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* NAHEAL ALNASIR | EZRAA - DARAA - SYRIA | ☐ Deceased ESSEN - GERMANY |
| *Father* ESSA | DARAYYA - SYRIA | ☒ Deceased |
| *Sibling* KHALIL | DARAYYA - SYRIA | ☐ Deceased ESSEN - GERMANY |
| *Sibling* MAJD | DARAYYA - SYRIA | ☐ Deceased ESSEN - GERMANY |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |

5

## Part B. Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

**1.** Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

- [ ] Race
- [X] Religion
- [ ] Nationality
- [ ] Political opinion
- [ ] Membership in a particular social group
- [X] Torture Convention

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

- [ ] No
- [X] Yes

If "Yes," explain in detail:
**1.** What happened;
**2.** When the harm or mistreatment or threats occurred;
**3.** Who caused the harm or mistreatment or threats; and
**4.** Why you believe the harm or mistreatment or threats occurred.

Please see attached declaration.

**B.** Do you fear harm or mistreatment if you return to your home country?

- [ ] No
- [X] Yes

If "Yes," explain in detail:
**1.** What harm or mistreatment you fear;
**2.** Who you believe would harm or mistreat you; and
**3.** Why you believe you would or could be harmed or mistreated.

Please see attached declaration.

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

[X] No [ ] Yes

If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

[X] No [ ] Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

[X] No [ ] Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

[ ] No [X] Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

Please see attached declaration.

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

[X] No [ ] Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

[ ] No [X] Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

[ ] No [X] Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

My brothers and mom have status in Germany

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

[X] No [ ] Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (Continued)

4. After you left the country where you were harmed or fear harm, did you return to that country?

[X] No [ ] Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

[X] No [ ] Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

[X] No [ ] Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.



## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

***WARNING:* Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.**

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Mais Makarious Laham | ميس مكاريوس لحام |

Did your spouse, parent, or child(ren) assist you in completing this application? ☑ No ☐ Yes *(If "Yes," list the name and relationship.)*

_______ *(Name)* _______ *(Relationship)* _______ *(Name)* _______ *(Relationship)*

Did someone other than your spouse, parent, or child(ren) prepare this application? ☐ No ☑ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? ☑ No ☐ Yes

Signature of Applicant *(The person in Part A.I.)*

[ Mais Makarious Laham [signature] ]
Sign your name so it all appears within the brackets

2/14/2017
Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| [signature] | Akram Abusharar |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 714 ) 535-5600 | 501 N. Brookhurst St. |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 202 | Anaheim | CA | 92801 |

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

***WARNING:* Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.**

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Mais Makarious Laham | ميس مكاريوس لحام |

Did your spouse, parent, or child(ren) assist you in completing this application? [x] No [ ] Yes *(If "Yes," list the name and relationship.)*

| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |
|---|---|---|---|
| | | | |

Did someone other than your spouse, parent, or child(ren) prepare this application? [ ] No [x] Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? [x] No [ ] Yes

Signature of Applicant *(The person in Part A.I.)*

[ Mais Makarious Laham [signature] ]
Sign your name so it all appears within the brackets

2/14/2017
Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| [signature] | Akram Abusharar |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 714 ) 535-5600 | 501 N. Brookhurst St. |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 202 | Anaheim | CA | 92801 |

11

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

Signature of Applicant

Date *(mm/dd/yyyy)*

Write Your Name in Your Native Alphabet

Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

Signature of Applicant

Date *(mm/dd/yyyy)*

Write Your Name in Your Native Alphabet

Signature of Immigration Judge

**Supplement A, Form I-589**

| A-Number *(If available)* | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

## List All of Your Children, Regardless of Age or Marital Status

*(NOTE: Use this form and attach additional pages and documentation as needed, if you have more than four children)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No |
|---|---|---|

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No |
|---|---|---|

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**Supplement B, Form I-589**

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

**NOTE:** *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

**Part** ____________

**Question** ____________

# EXHIBIT B

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Fingerprint Notification | | | NOTICE DATE<br>March 10, 2017 |
|---|---|---|---|
| CASE TYPE<br>I589 Application For Asylum | | CODE<br>3 | USCIS A#<br>A 212 938 849 |
| RECEIPT NUMBER<br>ZNK1700041530 | RECEIVED DATE<br>February 28, 2017 | PRIORITY DATE<br>February 28, 2017 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
MAIS MAKARIOUS LAHAM
c/o AKRAM ABUSHARAR
ABUSHARAR AND ASSOCIATES
501 N BROOKHURST ST STE 202
ANAHEIM CA 92801

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS PHILADELPHIA<br>10300 DRUMMOND ROAD<br>SUITE 100<br>PHILADELPHIA PA 191543804 | 03/20/2017<br>to<br>04/03/2017 | Sat - Sun Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, **you MUST BRING THIS LETTER, or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.** Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **Note: Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you. Biometrics processing may take longer without identification.**

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

**Rescheduling Form:** ☐ Please reschedule my appointment. Upon receipt of your request, you will receive a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to: **BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586.** If you have any questions regarding this notice, please call 1-800-375-5283.

REPRESENTATIVE COPY

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Fingerprint Notification | | | NOTICE DATE<br>March 10, 2017 |
|---|---|---|---|
| CASE TYPE<br>I589 Application For Asylum | | CODE<br>3 | USCIS A#<br>A 212 938 850 |
| RECEIPT NUMBER<br>ZNK1700041540 | RECEIVED DATE<br>February 28, 2017 | PRIORITY DATE<br>February 28, 2017 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
LOUIE ASCHI
c/o AKRAM ABUSHARAR
ABUSHARAR AND ASSOCIATES
501 N BROOKHURST ST STE 202
ANAHEIM CA 92801

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS PHILADELPHIA<br>10300 DRUMMOND ROAD<br>SUITE 100<br>PHILADELPHIA PA 191543804 | 03/20/2017<br>to<br>04/03/2017 | Sat - Sun Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, **you MUST BRING THIS LETTER, or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.** Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **Note: Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you. Biometrics processing may take longer without identification.**

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

**Rescheduling Form:** ☐ Please reschedule my appointment. Upon receipt of your request, you will receive a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to: **BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586.** If you have any questions regarding this notice, please call 1-800-375-5283.

REPRESENTATIVE COPY

# EXHIBIT C

Declaration of Mais Makarious Laham

I, Mais Makarious Laham, declare under penalty of perjury that the following is true:

1. I was born on January 1, 1987 in Darayya, Syria. I am a Christian. I am applying for asylum because I am afraid of being targeted by extremists in Syria due to my Christian religion and I fear the Syrian government will do nothing to help me and my family.

2. I have been a Christian my entire life. I used to teach in Sunday school in Darayaa. I used to attend church every Sunday and Sunday school every Friday in Syria. Unfortunately, our church has since been destroyed.

3. I studied pharmacy in Damascus and graduated in 2009. Then I went on to get my Master's Degree from Damascus University and graduated in 2012. During my years getting my masters I was working at Damascus University and the Syrian International University of Science and Technology as a teaching assistant. I also worked as a medical representative in a private firm. It was through my work in these three years that I began to see how horrific the situation was in Syria, especially for Christians when they started being targeted by extremists. Churches were bombed and nuns and priests were kidnapped.

4. When the war started in 2011 Damascus was relatively safe for a while but then the extremist groups began forming and specifically targeting schools and universities around the country. I know that they threatened many teachers and students that they would kidnap and murder them if they didn't stop attending school. Extremists groups usually view higher education, especially in science and technology, as a western ideology and the West is their enemy. They will kill anyone they believe to be an ally of the West.

5. Some mornings when I was going to the Syrian International University of Science I would see corpses and bodies. Some roads in Darayaa were under control of extremists and they killed anyone they believe to be against them and their teachings, specifically Christians. I did my best to keep my head down and not get in trouble, I just wanted to go to school and work. However, I could not shield myself from the death everywhere. I cannot erase the pictures of the bodies from my mind. Thankfully after I got married I was able to move to Qatar with my husband where he was could live temporarily due to his job as Software Engineer.

6. Unfortunately, many of my family members were not as lucky as I was. Much of my family had to move from Darayya because it was simply too dangerous. The regime has long attacked the city because it was home to some of the earliest protests and then extremists groups were closing in on the city. My family was forced to relocate to Damascus. One day my father woke up and his car was missing, he feared it was because he was Christian. Then another day we found that my parents' bedroom had been shot up. My father again feared this was because he

was Christian and that he personally would be targeted. His friends all told him he needed to run away from Darayya because it was no longer safe for Christians.

7. Thankfully my family left Darayya, when we did because a few months later the city fell under the control of Al Nusra Front and some of their fraction fighters. These extremists seek to end Christianity and kill all non-Muslims if they refuse to convert. Only one Christian family from my extended family was unable to flee the city and we heard that the extremists murdered their son when they came to town.

8. My parents were forced to flee to Germany and live with my brothers there. They had moved there for work in 2013 and 2014, they are doctors. We were very thankful they were not in Darayya when the war was ongoing because they would have been killed for their profession and for being Christians. It became too dangerous for them to be doctors in Syria with hospitals being constantly targeted. Unfortunately, my dad passed away last July. He was constantly stressed and depressed because of the situation in our home country and it became too much for his heart to take. He was in a state of perpetual depression at losing everything and losing so many people. No one remains in Syria. If I were forced to return I would be completely alone. My aunt, who is also Christian also fled to Germany and was given refugee status there. Another cousin of mine also fled to Germany as a refugee after her husband was killed. They are also Christian.

9. Thankfully my husband had a job in Qatar so we were able to temporarily reside there but as a Syrian he is always at risk of being fired and replaced by a Qatar native. Most Middle Eastern countries are doing this in an attempt to get Syrians out of their country. My Husband's brother was recently replaced by a Jordanian national at his job in Jordan and he and his entire family must return to Syria. If this were to happen to us we too would be forced to return to Syria, My husband has lost many family members as well. His uncle was kidnapped from Homs and we still known nothing about his whereabouts. My husband also owned a home in Ain Tarma, in the Damascus countryside that we believe is under the control of groups that belong to Al Nusra Front. We have no way to know for sure but last we saw they were in control of the area where our property was. This means not only would we have no family to return to in Syria but we would have no home as well.

10. We are also very afraid that my husband will be forced to serve in the Syrian army. Since the regime is low on soldiers they are taking most able-bodied men and forcing them to join. They use checkpoints as ways to capture the men and their families rarely know where they go. My husband's brother was forced to flee to Lebanon because his name was listed at checkpoints to serve. He was unable to continue risking his life in Syria this way. Once in the military men are forced to carry out horrific acts that my husband would never do but his refusal would get him killed.

11. Life in Qatar is horrible. They are an incredibly religious and conservative society. Sometimes my husband is harassed at work for our Christian religion. Qatar is filled with very strict Muslims and we have never felt very comfortable there but it is our only option.

12. Lastly we're afraid of returning to Syria because our son is a United States citizen. We have been unable to register him with the Syrian government because there are no embassies or real working government in Syria. Therefore, if we are forced to take him back to Syria it will be known right away that he is American. This alone is enough for some to want to kill our baby. The regime and extremists see America as the enemy. We will be marked as traitors for coming here and my son's life will be over before it has even begun.

13. I pray I do not have to pull my son away from the United States and subject him to a life of constant terror and fear because of our religion.

Mais Makarious Laham

2/14/2017
Date

# EXHIBIT D

منذ أربع سنوات قمنا بالتقديم على طلب اللجوء وإلى الان نحن في حالة انتظار وترقب كل يوم موعد المقابلة دون أدنى فكرة متى ممكن أن يأتي هذا الموعد، والذي يزيد الوضع غموضا هو عدم وجود معيار محدد لجدولة المقابلات وهذا ما يزيد من احتمال انتظار المقابلة لسنين اخرى. وفي كل مرة نتواصل مع مكتب اللجوء يقولون لنا أنه سيتم تحديد المقابلة حسب الجدول ولكن لا نعرف متى ممكن أن يتم تحديدها أو حتى مدة تقريرية للموعد.

بصراحة نريد إجراء المقابلة من أجل خطوة إلى الأمام بغض النظر عن القرار والتخلص من حالة الغموض وعدم الاستقرار التي نعيشها.

لم يعد لدينا القدرة على التركيز بشكل كاف على الأولاد والعمل ولدينا دائما خوف من الوضع المؤقت والغير مستقر خصوصا عندما يقترب موعد تجديد اذن العمل لانه من الممكن أن نخسر عملنا وموردنا الوحيد فقط اذا تأخر تجديد اذن العمل لأي سبب كان، بالرغم من اندماجنا والتزامنا بكل شي هنا من عمل ودفع ضرائب...

بالنسبة إلى ميس: فأنها من 3 سنوات وأكثر تعمل جاهدة وتدرس من أجل أن تعديل شهادة الصيدلة وتكون مؤهلة للعمل ك صيدلانية في أميركا.

هي الان في المرحلة الأخيرة من التعديل وفترة التدريب قبل تقديم الامتحان النهائي والحصول على الشهادة وهنا التخوف الأكبر من خسارة كل شي بعد هذا الجهد لأنه دائما يجب أن يكون لديها بطاقتين شخصيتين فعليتين صالحتين لتقدم الامتحانات والعمل والتمديد المؤقت غير معقبول في هذه الحالة.

بالنسبة إلى لؤي: أعمل ك مهندس كمبيوتر وهذا النوع العمل يتطل الكتير من النركيز والتعلم دائما لكن تأخير موعد المقابلة وعدم اجرائها يجلني دائما اتخوف من أن هنالك امكانية لخسارة كل شيْ.

وفاة والدي العام الماضي بحادث كان لها الأثر الكبير و جعلتني دائما مشوش بسبب عدم قدرتي على اتخاذ أي قرار أو تقديم أي نوع من أنواع المساعدة للعائلة ولو معنويا.

Four years ago, we applied for the asylum application and so far, we are waiting and waiting every day the interview without the slightest idea of when this date may come.

What makes the situation more ambiguous is there is no a specific criteria for scheduling interviews, and this increases the possibility of waiting for the interview for more years.

Every time we contact the Asylum Office, they tell us that we are still pending and we will be notified via mail as soon as the interview date has been scheduled, but we do not know when it will be scheduled, or even an estimated period for the appointment.

Frankly, we want to conduct the interview in order to move a step forward, regardless of the decision, and to get rid of the uncertainty and instability that we live in.

We are no longer have the ability to focus adequately on family and work.

We always fear of the temporary and unstable situation, especially when the date of renewal of the work permit EAD approaches because it is possible to lose our work and our only income resource if the renewal of the work permit is delayed for any reason or not renewed.

Despite our integration and commitment to everything here who worked and paid taxes etc…

As for Mays: more than 3 years, she is working hard and studying in order to Pharmacy board license in the U.S.A and qualify to work as a pharmacist in America.

She is now in the final stage of the certification amendment and the Internship required period as pharmacist assistant before submitting the final exam and obtaining the certificate,

Here is the greatest fear of losing everything after this effort, because it always has to have two actual/valid ID cards for exams and work because the temporary extension paper is not acceptable in this case, and I might lose everything if she could not get the exams on time.

For Louie: I work as a computer engineer/ Developer, and this type of work takes a lot of focus and learning always, but delaying the date of the interview always makes me afraid that there is a possibility of losing everything and lose my work.

The death of my father last year in an accident that had a great impact and made me always confused by my inability to take any decision or provide any kind of assistance to the family, even morally.

It is actually like living in the obscure

## General Invitation

Deceased Father: Asaad Tanous Ali

Deceased's Mother: Jamila Salim Kastoun

Deceased Spouse: Eveet Bashara Allam

Deceased Children: Eng. Wael Achi and his wife Gilbert Malaka and his Family

Deceased's Siblings: Jool Achi and his wife Nuha Antonious snd his family

Nihad Achi the widowed of Fouad Shahoud and his family

Joshiphen Achi – wife of Salim Bitar and her family

Joliet Achi- wife of Bassa Mousa and her family

Issa Achi and his wife Amal Abdou and his family

Hala Achi – wife of Abdu Ajram and her family

Deceased's Relatives: Achi – Kastoun- Allam _ Malaka – Lahham – Antounious – Abdu- Shahoud – Ajram- Bitar – Samaan- Mousa

Send their sincere condolences over the death of:

# Joseph Asaad Ali

Who passed away on a car accident on Saturday night in March 07, 2020. Prayers will be held on his holy corps on Wednesday March 11, 2020 at 2:00 pm in Jarourjouis Al Homairaa Monastry - Al Mashtaya

On:

Wednesday 03/11/2020 from 6:00 pm to 8:00 pm

Thursday 03/12/2020 from 5:00 pm to 7:00 pm

In Homs at Al Marafram Hall – Al Adawieh, on Friday 03/13/2020 from 5:00 pm to 7:00 pm

In Damascus at The Cross Church in Al Qassa'a, on Saturday 03/14/2020 from4:00 pm to 7:00pm.

Note: Buses will be available from Damascus in fron t of The Cross church to Al Mashataya at 8:00 am

And from Daidnaya Raas Al Amud to Al Mashtaya at 8:00 am

May his Soul Rest in Peace



<table>
<tr>
<td><br>Translation Services</td>
<td>

**Certificate of Translation**

I, Nour Alnajjar, declare under penalty of perjury that I am competent from Arabic to English, and that the attached document is a true and complete translation of original document to the best for my knowledge and ability.

**Signature of Translator** *Nour Al Najjar* [signature] 2/22/2021

*501 N. Brookhurst St. Ste. 202 Anaheim, CA 92801*<br>*Email: nonanaj52@gmail.com* *Phone: 714 770 3570*

</td>
</tr>
</table>



من آمن بي وإن مات فسيحيا

# دعوة عامة

والد الفقيد : أسعد طنوس عشي
والدة الفقيد : جميلة سليم قسطون
زوجة الفقيد : ايفيت بشارة علّام
أولاد الفقيد : المهندس وائل عشي زوجته جلبرت ملكة وعائلته
المهندس لؤي عشي زوجته الصيدلانية ميس لحام وعائلته بالمهجر
المهندس أسعد عشي
أشقاء الفقيد : جول عشي زوجته نهى انطونيوس وعائلته - عيسى عشي زوجته أمل عبدو وعائلته
شقيقات الفقيد : نهاد عشي أرملة المرحوم فؤاد شحود وعائلتها - هالة عشي زوجة عبدو عجرم وعائلتها
جوزفين عشي زوجة سليم بيطار وعائلتها - بولا عشي ارملة المرحوم جوزيف سمعان وعائلتها
جوليت عشي زوجة بسام موسى وعائلتها

وعموم عائلات : عشي - قسطون - علّام - ملكة - لحام - أنطونيوس - عبدو - شحود - عجرم
بيطار - سمعان - موسى

**ينعون إليكم بمزيد من اللوعة والأسى والحزن وفاة فقيدهم الغالي المرحوم :**

## المحاسب القانوني

# جوزيف أسعد عشي

## ( ابو وائل )

المنتقل إلى رحمته تعالى اثر حادث سير أليم مساء يوم السبت الواقع في ٢٠٢٠/٣/٧
وسيصلى على جثمانه الطاهر في الساعة الثانية من بعد ظهر يوم الأربعاء الواقع في ٢٠٢٠/٣/١١
في دير القديس جاورجيوس الحميراء - المشتاية
تقبل التعازي في صالة جمعية انعاش الريف - المشتاية
أيام الاربعاء ٢٠٢٠/٣/١١ من الساعة السادسة حتى الثامنة مساءً
و الخميس ٢٠٢٠/٣/١٢ من الساعة الخامسة حتى الثامنة مساءً
وفي حمص في صالة مارأفرام - العدوية يوم الجمعة ٢٠٢٠/٣/١٣ من الساعة الخامسة حتى السابعة مساءً
وفي دمشق في صالة كنيسة الصليب في القصاع يوم السبت ٢٠٢٠/٣/١٤ من الساعة الرابعة حتى السابعة مساءً
ملاحظة : يوجد باصات للنقل من دمشق أمام كنيسة الصليب إلى المشتاية الساعة الثامنة صباحاً
و من صيدنايا ساحة رأس العامود إلى المشتاية الساعة الثامنة صباحاً

**للفقيد الرحمة ولكم من بعده طول البقاء**

مكتبة فانو
المشتاية هـ : ٧٧٣٠٠٦٣

**EXHIBIT E**

**Assistant**

**From:** Newark Asylum Office Mailbox <NewarkAsylumOfficeMailbox@uscis.dhs.gov>
**Sent:** Wednesday, July 15, 2020 7:27 AM
**To:** Louie Aschi
**Subject:** RE: Case Update: ZNK1700041530

U.S. Department of Homeland Security
1200 Wall Street West
Lyndhurst, NJ 07071
Phone: 201-508-6100
Fax: 201-531-1877
Email:newarkasylumofficemailbox@uscis.dhs.gov

U.S. Citizenship and Immigration Services

Date: July 15, 2020

Dear Applicant A XXX XXX 849

We received your inquiry. Please see below response. Please note, **general immigration information, forms and instructions are available free of charge at www.uscis.gov.**

☐ Employment Authorization/Clock: If your asylum application has been pending for at least 150 days or more (not including delays you/your attorney caused or requested), you may request employment authorization by filing *Form 1-765, Application for Employment Authorization.* DHS will not issue the Employment Authorization Document (EAD) card until at least 30 days later, for a total of 180 days.

☐ Your application has been received and is queued for scheduling. An asylum interview will be scheduled as soon as resources permit. You (*and any dependent family members over the age of 14*) must comply with all requests to appear for fingerprinting before an asylum interview will be scheduled.
Please refer to the online Public Update regarding our current scheduling calendar.

☐ For Information about your I-485, *Application to Register Permanent Residence or Adjust* Status, or I-765 application please contact the USCIS Contact Center at 1-800-375-5283, visit your local USCIS office, or schedule an appointment for your local office through our Internet-based system InfoPass at www.uscis.gov.

☐ Thank you for contacting the Newark Asylum Office. According to our service records, this case is currently under review. Please be patient as the Newark Asylum Office is working under office capacity due to the pandemic and processing may take longer than usual. We will make every effort to complete your case. Also note, failure to comply with Requests for Evidence or appointments for collection of biometric or other information may result in dismissal or referral of your asylum application to an immigration judge for removal proceedings.

☐ USCIS records do not show that you have an asylum application pending with the USCIS Asylum Division. If you have a case pending before an Immigration Judge or the Board of Immigration Appeals please contact the Department of Justice at 1-800-898-7180 case information.

☒ **Address: We have updated your address in our electronic system with the new information you provided in your request.**

25

☐ Attorney: We have updated the attorneys address in our electronic system with the new information you provided in your request.

**☒ Other: Short-notice list: From time-to-time, interview appointments become available after the normal notice period has elapsed. Please contact us in writing if you would like to be added to our "short-notice list" whereby you agree to waive the normal notice period and appear for an interview when contacted via phone. Please include your current contact information in your request, and if you have an attorney, please make your attorney aware of your request.**

**Contact Information: Written requests can be made via email to NewarkAsylumOfficeMailbox@uscis.dhs.gov, fax to 201-531-1877, or mail to 1200 Wall Street
West, 4th Floor, Lyndhurst, NJ 07071.**

CA133
On Behalf Of
Sue Raufer
Director,
Newark Asylum Office

**From:** Louie Aschi <louie.aschi@gmail.com>
**Sent:** Tuesday, July 14, 2020 8:56 PM
**To:** Newark Asylum Office Mailbox <NewarkAsylumOfficeMailbox@uscis.dhs.gov>
**Subject:** Re: Case Update: ZNK1700041530

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Suspicious Email" button to report it as a phishing attempt.

Dear Gents in Newark - Asylum Office

Hope you are doing well.

My Name: Louie Aschi (DOB: 09/28/1983)

Nationality: Syrian

Me and My wife (Mais Makarious Laham, DOB: 01/01/1987) applied for asylum Form I-589, Application for Asylum and Withholding of Removal since 2017 and we got the case receipt number: **ZNK1700041530** in February 28, 2017.

For sure, asylum caseload increased and this allowed for longer processing time and your effort was really appreciated.

Actually Last March my Father killed in a road crash at checkpoint because of the war:

https://abcnews.go.com/International/wireStory/fuel-tanker-collides-buses-syria-kills-30-69455278

https://gulfnews.com/photos/news/in-pictures-syria-road-crash-kills-32-injures-77-1.1583670393251?slide=1

And Honestly after this moment I'm not able to take care of my family and kids, I'm totally frustrated and not able to focus on my work.

I just want to address this change of our case and kindly it'll be appreciated if there is ability to expedite the interview or if we can be added to the stand-by list.

Also, We've changed our address and our new address is (2477 6th St FL#1 Fort Lee, NJ 07024) and we already submitted the form online but we didn't receive paper mail yet, could you please double check if our record updated so we will not miss any mail.

Thanks and Regards

Louie Aschi

610-390-1138